Case 10-11184   Filed 04/10/10   Doc 39

2010-11184
FILED
April 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002543594

LEONARD K. WELSH, CSB NO. 097954
Klein, DeNatale, Goldner,
 Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JORGE LUIS TIJERINA and<br>FELICIA ROCHELLE TIJERINA,<br><br>Debtors. | Case No. 10-11184-B-12<br>Chapter 12<br>DC No. KDG-2<br><br>Date: April 7, 2010<br>Time: 3:00 p.m.<br>Place: U.S. Bankruptcy Court<br>1300 18th Street<br>Bakersfield, California<br>Judge: W. Richard Lee |

## FINDINGS OF FACTS AND CONCLUSIONS OF LAW REGARDING CONFIRMATION OF CHAPTER 12 PLAN

Confirmation of the Chapter 12 Plan filed by Jorge Luis Tijerina and Felicia Rochelle Tijerina ("Debtors") came on for hearing before the Honorable W. Richard Lee, Bankruptcy Judge, on April 7, 2010. Leonard K. Welsh, Attorney at Law, appeared for Debtors and M. Nelson Enmark, Attorney at Law, appeared as the Chapter 12 Trustee. No other appearances were made at the hearing on confirmation of the Plan.

After considering the representations of counsel, the representations the Chapter 12 Trustee, and the papers on file herein including the Chapter 12 Plan filed on February 16, 2010 ("the Plan"),

## FINDINGS OF FACT

The Court finds that:

1. the Plan has been transmitted to all creditors, parties in interest, or other persons, or entities whose rights are effected by the Plan;

30M4274.DOC                                    1

RECEIVED
April 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002543594

2.    due and proper notice of hearing on confirmation of the Plan has been given to Debtors, the Chapter 12 Trustee, the United States Trustee, all creditors, and parties requesting special notice;

3.    the Plan meets the requirements of 11 USC Section 1222;

4.    the Plan complies with the provisions of Chapter 12 and other applicable provisions of Title 11;

5.    any fee, charge, or amount required under Chapter 12 of Title 28, or by the Plan, to be paid before confirmation has been paid;

6.    the Plan has been proposed in good faith and not by any means forbidden by law;

7.    the value of the property, as of the effective date of the Plan, to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claims if the estate of Debtors was liquidated under Chapter 7 on such date;

8.    with respect to each allowed secured claim provided for by the Plan–

   (A)   the holder of such claim has accepted the Plan;

   (B)(i)  the Plan provides that the holder of such claim shall retain the lien securing its claim, and

      (ii) the value as of the effective date of the Plan on account of such claim is not less than the amount of such claim; or

   (C)   Debtors shall surrender the property securing such claim to such holder;

9.    Debtors will be able to make all payments under the Plan and comply with the Plan; and

10.   Debtors are not required by a judicial or administrative order, or by statute, to pay a "Domestic Support Obligation" as defined in 11 USC Section 101(14A).

## CONCLUSIONS OF LAW

Based on the findings of the Court described above,

1. the Court finds that the Chapter 12 Plan filed by Jorge Luis Tijerina and Felicia Rochelle Tijerina should be confirmed, and

2. Debtors should submit a proposed form of Order Confirming Chapter 12 Plan to the Court consistent with these findings of fact and conclusions of law.

Dated: April 10, 2010

/s/ W. Richard Lee
W. Richard Lee
United States Bankruptcy Judge

Submitted by:

Date: April 8, 2010

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By  /s/ Leonard K. Welsh
LEONARD K. WELSH,
Attorney for Debtors

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

30M4274.DOC30M4274.DOC

3